**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUSSELL JASON RAHM,

Defendant.

Criminal No. 20-232(1) (JRT/DTS)

**ORDER GRANTING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE
FROM CUSTODY**

Defendant Russell Jason Rahm requests that the Court grant him compassionate release and reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Due to Rahm's failing health, the Government recommends that the Court convert the remainder of Rahm's sentence to a term of supervised release.  Accordingly, having thoroughly reviewed the documents submitted, the Court will grant Mr. Rahm's motion for compassionate release, as set forth below.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Russell Jason Rahm's MOTION for Compassionate Release (Docket No. [3057] is **GRANTED**, as follows:

a. The remainder of Rahm's sentence, until September 8, 3033, shall be converted to a term of supervised release;

b. Following the completion of Rahm's original sentence, his original two-year term of supervised release shall commence.

2. Defendant Russell Jason Rahm's MOTIONS to Seal Document (Docket Nos. [3055], [3071]) are **GRANTED**, as follows

a. The documents associated with Docket No. 3056 will be added to the sealed docket entries in this matter;

b. The documents associated with Docket No. 3072 will be added to the sealed docket entries in this matter;

c. The Clerk's Office is directed to seal the above-identified docket entries in this matter and to maintain the seal on all sealed docket entries in this matter until March 1, 2046, unless otherwise to be determined by this Court at a later date.

DATED: February 20, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge

-2-