**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUSSELL JASON RAHM,

Defendant.

Criminal No. 20-232(1) (JRT/JFD)

**FINAL ORDER OF FORFEITURE**

---

WHEREAS, on November 8, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1) (Docket No. 2691);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on January 4, 2025, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States sent written Notice of Forfeiture to all persons and entities known to have an interest in the Property;

WHEREAS, Cedar Creek Village I Association, Inc. ("Cedar Creek") filed a Petition asserting an interest in the real property located 10505 S. Highland Lane, Olathe, Kansas ("the Olathe Property) (Docket No. 3006);

WHEREAS, Wells Fargo Bank, N.A. ("Wells Fargo") filed a Petition asserting an interest in the Olathe Property (Docket No. 3025);

WHEREAS, Micah J. Foster ("Foster") filed a Petition Asserting an Interest in the Olathe Property (Docket No. 3122);

WHEREAS, the United States and Cedar Creek entered into a Stipulation of Settlement through which the parties agreed to resolve Cedar Creek's Petition as set forth in the parties' Stipulation (Docket No. 3153);

WHEREAS, the United States and Wells Fargo entered into a Stipulation of Settlement through which the parties agreed to resolve Wells Fargo's Petition as set forth in the parties' Stipulation (Docket No. 3152);

WHEREAS, on April 9, 2026, this Court issued an Order Denying and Dismissing the Petition filed by Foster (Docket No. 3122); and,

WHEREAS, no other third parties have filed a petition or otherwise asserted a legal interest in any of the property set forth below;

Now, therefore, **IT IS HEREBY ORDERED** that:

1. The Stipulation of Settlement between the United States and Wells Fargo (Docket No. [3152]) is hereby **APPROVED**;

2. The Stipulation of Settlement between the United States and Cedar Creek (Docket No. [3153]) is hereby **APPROVED**;

3. The United States' Motion for a Final Order of Forfeiture (Docket No. [3154]) is **GRANTED**;

4. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1):

a. $10,976 in U.S. Currency seized on February 21, 2020, from three safes at 10406 Shawnee Mission Parkway, Shawnee, Kansas, in the amounts of $10,355, $111, and $510, respectively;

b. $3,419.52 seized from Equity Bank, Account No. 4500002006, held in the name of Subscription Ink Co.;

c. $95,463.66 seized from Equity Bank, Account No. 4501002268, held in the name of Subscription Ink Co.;

d. $5,000 seized from Equity Bank, Account No. 4501002198, held in the name of Consumer Magazine LLC;

e. $4,683.93 seized from Community First Bank, Account No. 50660, held in the name of Subscription Ink Co. DBA National Readers;

f. Nine American Express gift cards with $100 per card for a total of $900;

g. The real property located at 10505 S. Highland Lane, Olathe, Kansas;

h. $35,000 representing proceeds from the sale of a boat dock at the real property located at 258 Belle Vista Court, Lake Ozark, Missouri; and

i. Miscellaneous computer equipment seized from the Defendant on October 28, 2020, and from Subscription Ink at 10406, 10400, and 10336 Shawnee Mission Parkway, Shawnee, Kansas on September 21, 2020, (collectively, "the Property"); and

5. The United States shall dispose of the Property in accordance with law, and it shall dispose of the real property located at 10505 S. Highland Lane, Olathe, Kansas in accordance with the terms of the Stipulations of Settlement between the United States and Cedar Creek and Wells Fargo.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 15, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge